IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PEGGY SPRINKLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>(1) BOARD OF TRUSTEES OF THE TOWN )<br>OF PORTER; )<br>(2) PORTER PUBLIC WORKS AUTHORITY; )<br>(3) STEVE DICKEY, Individually; )<br>(4) JACKIE TODD, Individually;. )<br>)<br>Defendants. ) | Case No. 17-cv-00168-RAW |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and among the parties and/or their respective counsel(s) that the above captioned action is voluntarily dismissed and that the Plaintiff, Peggy Sprinkles, hereby withdraws and dismisses all claims against all Defendants in the above-captioned matter with prejudice to re-filing. Each party will be responsible for their own costs and attorney fees.

AGREED AS STIPULATED ABOVE:

Respectfully submitted,

*/s/ Brendan M. McHugh*
_____
Brendan M. McHugh, OBA #18422
bmcq1990@gmail.com
Dana Jim, OBA #19495
danajimlaw@gmail.com
Route 66 Lawyers
P. O. Box 1392
Claremore, OK  74018
*Attorneys for Plaintiff*

{00466178}                                                        1

/s/ Thomas A. LeBlanc
Thomas A. LeBlanc, OBA#14768
tleblanc@bestsharp.com
Jessica L. Johnson, OBA #31851
jjohnson@bestsharp.com
BEST & SHARP
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
*Attorneys for Defendants, Board of Trustees of the Town of Porter; Porter Public Works Authority; Steve Dickey, Individually, and Jackie Todd, Individually*